IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| CARL LOGAN, § <br> TDCJ No. 1816179, § <br> § <br> Petitioner, § <br> § <br> v. § <br> § <br> LORIE DAVIS, Director, § <br> Texas Department of Criminal Justice, § <br> Correctional Institutions Division, § <br> § <br> Respondent. § | Civil Action No. 7:19-cv-097-O-BP |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge has entered his Findings, Conclusions, and Recommendation in this case. No objections were filed. The Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

Accordingly, the Petition for Writ of Habeas Corpus is **DISMISSED** pursuant to Rule 41(b), Federal Rules of Civil Procedure, for want of prosecution without prejudice to Petitioner's right to reopen the case within thirty days of the date of this Order by filing a motion to reopen along with verified answers to the Magistrate Judge's Questionnaire.

**SO ORDERED** on this **25th day** of **June, 2020**.

Reed O'Connor
UNITED STATES DISTRICT JUDGE